1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Ana Farias

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                       **FRESNO DIVISION**

11

12 | ANA FARIAS,                               ) Case No.: 1:09cv286 DLB
                                               )
13 |         Plaintiff,                        ) ORDER AWARDING EQUAL
                                               ) ACCESS TO JUSTICE ACT
14 |     vs.                                   ) ATTORNEY FEES PURSUANT TO
                                               ) 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,                        )
     Commissioner of Social Security,          )
16 |                                           )
             Defendant                         )
17 |                                           )
                                               )
18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

21  Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

22  rights, the amount of $3,800.00, as authorized by 28 U.S.C. § 2412(d), subject to

23  the terms of the above-referenced Stipulation.

24  DATE:    September 17, 2010        /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE
25

26